IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY BACCARI,** on behalf of himself and others similarly situated, | CIVIL ACTION |
| **Plaintiff,** | |
| v. | NO. 22-CV-1952 |
| **CARGUARD ADMINISTRATION, INC,** **Defendants.** | |

## ORDER

**AND NOW**, this 8th day of August, 2022 upon consideration of Defendant's Motion to Dismiss for Lack of jurisdiction (ECF No. 25); Plaintiff's Response thereto (ECF Nos. 33), and Defendant's Reply (ECF No. 36), it is ordered that the Motion is **GRANTED**. It is **FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

BY THE COURT:

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**